[L. A. No. 10254. In Bank.—November 9, 1928.]

FRED PALMER et al., Respondents, v. M. J. FIX et al., Appellants.

John A. Jorgenson, C. H. Tyler and C. H. Sherrick for Appellants.

Arthur C. Verge, Patrick J. Cooney and Verge & Cooney for Respondents.

THE COURT.— The motion of the plaintiff heretofore made and submitted herein for an order releasing the property of the plaintiff and respondent herein from the attachment of the cross-complainant and appellant herein, under the provisions of section 554 of the Code of Civil Procedure, is denied upon the authority of *Palmer* v. *Fix* (L. A. 10254), *ante*, p. 472 [271 Pac. 749].